**DAVID BURCHARD - SANTA ROSA, TRUSTEE**
P.O. Box 8059, Foster City, CA  94404
(650) 345-7801     FAX (650) 345-1514
(707) 544-5500     FAX (707) 544-0475

0050-2B-EPIP2B-00026551-163780

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# San Francisco / Santa Rosa Divisions

**BANKRUPTCY CASE NO:** 13-1-1705AJ13
Chapter 13

IN RE:

ODDMUND OLAV HORVE

_____
DEBTOR(S)

## ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS

The Trustee represents that as of _____01/26/2015_____, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on _____09/04/2013_____ and confirmed by the Court, have been paid.

DATE:   01/30/2015

                                                    David Burchard - Santa Rosa
                                     **DAVID BURCHARD - SANTA ROSA, TRUSTEE**